396 A.2d 828

Commonwealth v. Thompson, Appellant.

Argued October 25, 1978. Robert G. Kochems, Assistant Public Defender, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.